# UNITED STATES
### v.
# CHARLES CURRY

### 1807

### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* \*p. 52
2. Appearance . . . . . . . . . . . . . " 54
3. Decision on motion for jury trial; opinion . . . . . " 81
4. Judgment . . . . . . . . . . . . . " 85

### PAPERS IN FILE

1. Fieri facias and return . . . . . . . . . *Printed in Vol. 2*
2. Receipt signed by Reuben Attwater . . . . . . "
3. Venditioni exponas and return . . . . . . . "
4. Transcript certified by register of U. S. Treasury . . "